# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE WARREN,<br><br>    Plaintiff,<br><br>    v.<br><br>WINCO FOODS, LLC, et al.,<br><br>    Defendants. | Case No. 1:22-cv-00594-SAB<br><br>ORDER RE: STIPULATION RE WINCO HOLDING, INC.'S ANSWER TO THE FIRST AMENDED COMPLAINT<br><br>(ECF No. 13) |

Plaintiff Nicole Warren ("Plaintiff") initiated this action on April 19, 2022, in the Superior Court of the State of California, County of Stanislaus, Case No. CV-22-001728. (ECF No. 1 at 2.) On May 19, 2022, Defendants WinCo Foods, LLC ("WinCo") and Justin Lamb ("Lamb") (collectively, "Defendants") removed this action to the United States District Court for the Eastern District of California. (ECF No. 1.) On June 1, 2022, Plaintiff filed a motion to remand. (ECF No. 5.) On August 1, 2022, the Court issued an order denying Plaintiff's motion. (ECF No. 12.) The initial scheduling conference is currently set in this matter for October 4, 2022. (See ECF No. 11.)

On August 3, 2022, the parties filed a stipulation re: WinCo's answer to the first amended complaint. (ECF No. 13.) The parties proffer Defendants filed an answer to the original complaint on May 19, 2022 in state court, the same day they filed their notice of removal. The parties also note Plaintiff then filed a first amended complaint in state court, substituting WinCo Holdings, Inc. for WinCo Foods, LLC. The parties stipulate to adopt the state court answer as effective as to WinCo Holdings, Inc., except for the twenty-first defense (no employment

1

relationship), which the parties stipulate is withdrawn.

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the state court answer (ECF No. 1 at 30–42 (Ex. B, Answer)) is adopted as the answer to the operative complaint in this action as to Defendants WinCo Holdings, Inc. and Justin Lamb, except for the twenty-first defense, which is withdrawn.

IT IS SO ORDERED.

Dated:  **August 4, 2022**

UNITED STATES MAGISTRATE JUDGE