# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE WARREN, | Case No. 1:22-cv-00594-SAB |
| Plaintiff, | ORDER DENYING PLAINTIFF'S SUBSTITUTION OF ATTORNEY, WITHOUT PREJUDICE |
| v. | |
| WINCO FOODS, LLC, et al., | (ECF No. 23) |
| Defendants. | |

On March 3, 2023, Plaintiff Nicole Warren filed a notice of substitution of attorney requesting approval to substitute attorney Mohamed Ahmed Eldessouky, of Eldessouky Law, for attorney Amanda B. Whitten, of the Law Offices of Shelley G. Bryant. (ECF No. 23.) An independent review of the Court's records, however, indicates that Mr. Eldessouky is not currently admitted to practice before the Eastern District of California. Until Mr. Eldessouky is admitted to practice before this District, he is unable to appear in this matter on behalf of Plaintiff. For additional information on applying for admission to practice in the United States District Court for the Eastern District of California, counsel is directed to review the Court's webpage at: https://www.caed.uscourts.gov/caednew/index.cfm/attorney-info/admission/ (last visited Mar. 7, 2023).

///

///

///

1    Accordingly, IT IS HEREBY ORDERED THAT Plaintiff's request for substitution of
2 attorney (ECF No. 23) is DENIED, without prejudice to renewal upon confirmation of Mr.
3 Eldessouky's admittance to practice before the Eastern District of California.

IT IS SO ORDERED.

Dated:   **March 8, 2023**

UNITED STATES MAGISTRATE JUDGE