# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE WARREN,<br><br>     Plaintiff,<br><br>     v.<br><br>WINCO FOODS, LLC, et al.,<br><br>     Defendants. | Case No. 1:22-cv-00594-SAB<br><br>ORDER GRANTING PLAINTIFF'S SUBSTITUTION OF ATTORNEY AND DIRECTING OFFICE OF THE CLERK TO UPDATE DOCKET<br><br>(ECF No. 25) |

On March 28, 2023, Plaintiff Nicole Warren filed a notice of substitution of attorney requesting approval to substitute attorney Mohamed Ahmed Eldessouky, of Eldessouky Law, for attorney Amanda B. Whitten, of the Law Offices of Shelley G. Bryant. (ECF No. 25.) Accordingly, the Office of the Clerk is DIRECTED to substitute Mohamed Ahmed Eldessouky as attorney of record for Plaintiff Nicole Warren and to terminate attorney Amanda B. Whitten as attorney in this matter.

IT IS SO ORDERED.

Dated:   **March 30, 2023**

UNITED STATES MAGISTRATE JUDGE