# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE WARREN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WINCO FOODS, LLC, et al.,<br><br>　　　　　Defendants. | Case No.  1:22-cv-00594-SAB<br><br>ORDER WITHDRAWING MOTION TO COMPEL AND VACATING JULY 19, 2023, HEARING<br><br>(ECF Nos. 27, 28, 31) |

　　　　Defendants' motion to compel discovery, filed on June 21, 2023, is currently set for hearing on July 19, 2023.  (ECF Nos. 27, 28.)  On July 14, 2023, Defendants filed a notice of withdrawal of the motion to compel.  (ECF No. 31.)

　　　　Accordingly, IT IS HEREBY ORDERED that Defendants' motion to compel (ECF No. 27) is WITHDRAWN, and the hearing on July 19, 2023, is VACATED.

IT IS SO ORDERED.

Dated:   **July 17, 2023**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1