# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE WARREN,<br><br>Plaintiff,<br><br>v.<br><br>WINCO FOODS, LLC, et al.,<br><br>Defendants. | Case No. 1:22-cv-00594-SAB<br><br>ORDER WITHDRAWING MOTION TO COMPEL AND VACATING JULY 26, 2023, HEARING<br><br>(ECF Nos. 30, 33) |

Plaintiff's motion to compel discovery, filed on July 5, 2023, is currently set for hearing on July 26, 2023. (ECF No. 30.) On July 17, 2023, Plaintiff filed a notice of withdrawal of the motion to compel. (ECF No. 33.)

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to compel (ECF No. 30) is WITHDRAWN, and the hearing on July 26, 2023, is VACATED.

IT IS SO ORDERED.

Dated:   **July 18, 2023**

UNITED STATES MAGISTRATE JUDGE

1