# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE WARREN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WINCO FOODS, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 1:22-cv-00594-SAB<br><br>ORDER REQUIRING DEFENDANTS TO FILE OPPOSITION TO PLAINTIFF'S *EX PARTE* MOTION AND SETTING THE PARTIES' *EX PARTE* MOTIONS FOR HEARING ON AUGUST 16, 2023<br><br>(ECF Nos. 35, 36, 38) |

　　　　　On October 6, 2022, a scheduling order issued setting the nonexpert discovery deadline for July 29, 2023. (ECF No. 19.) The scheduling order has not been modified in this action. In June and July of 2023, Plaintiff and Defendants filed motions to compel discovery and for sanctions, and withdrawn such motions prior to adjudication. (See ECF Nos. 27, 30, 32, 34.) On the eve of the nonexpert discovery deadline, July 28, 2023, Defendants filed an *ex parte* application to extend the trial date and all associated dates and deadlines. (ECF No. 35.)

　　　　　On July 31, 2023, the Court set a briefing schedule on the motion, requiring an opposition to be filed within seven (7) days of the order, and a reply within three (3) days of the opposition. (ECF No. 37.) On August 7, 2023, Plaintiff filed an opposition. (ECF No. 37.) On August 9, 2023, Plaintiff filed another *ex parte* motion to modify the scheduling order. (ECF No. 38.) A reply brief to the opposition is currently due August 10, 2023.

　　　　　In light of the related subject matter of the motions and the parties' briefing already

before the Court, the Court finds it appropriate to set a hearing on both *ex parte* motions for August 16, 2023. The hearing may be dropped from calendar based on the Court's review of the briefing after briefing is completed.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. A hearing on the parties' *ex parte* motions (ECF Nos. 35, 38), is SET for Wednesday, August 16, 2023, at 10:00 a.m., in Courtroom 9; and
2. Defendants shall file any opposition to Plaintiff's motion (ECF No. 38), on or before the **close of business on Monday, August 14, 2023**.

IT IS SO ORDERED.

Dated:   **August 10, 2023**

UNITED STATES MAGISTRATE JUDGE

---

[1] The Court recognizes the Court granted a greater amount of time to file an opposition to the Defendants' motion. (ECF No. 36.) In light of the briefing already before the Court and the related subject matter of the motions, and because the nonexpert discovery deadline has already expired, the Court finds it appropriate and in the interest of expediency to set the matter for the next available hearing date, and additionally does not find a reply brief is necessary.