# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE WARREN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WINCO FOODS, LLC, et al.,<br><br>　　　　Defendants. | Case No.  1:22-cv-00594-SAB<br><br>ORDER VACATING AUGUST 16, 2023, HEARING ON PARTIES' *EX PARTE* MOTIONS<br><br>(ECF Nos. 35, 38, 39) |

A hearing is currently set for August 16, 2023, regarding the parties' respective *ex parte* motions to modify the scheduling order.  (ECF Nos. 35, 38, 39.)  Having considered the parties' briefing and the Court's file, the Court finds this matter suitable for decision without oral argument and shall vacate the hearing set for August 16, 2023.

Accordingly, IT IS HEREBY ORDERED that the hearing on Defendants' and Plaintiff's *ex parte* motions set for August 16, 2023, at 10:00 a.m. in Courtroom 9 (ECF No. 39), is VACATED.

IT IS SO ORDERED.

Dated:　**August 15, 2023**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE