# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE WARREN,<br><br>    Plaintiff,<br><br>    v.<br><br>WINCO FOODS, LLC, et al.,<br><br>    Defendants. | Case No. 1:22-cv-00594-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY DEADLINE FOR LIMITED PURPOSE<br><br>(ECF Nos. 44 ,45) |

On October 6, 2022, the Court issued the scheduling order in this matter. (ECF No. 19.) On August 18, 2023, the Court granted in part and denied in part, the parties' cross *ex parte* motions to modify the scheduling order. (ECF No. 44.) Specifically, as for the Plaintiff's requested extension of time to complete seven (7) depositions, the Court granted the motion only to the extent that Plaintiff would be allowed, during the nonexpert discovery period extended until October 26, 2023, to complete the depositions of her choice of some or all of the seven such deponents over a maximum of three (3) days. (ECF No. 44 at 23 n.12.) The Court's order also stated that "Plaintiff shall not be allowed to conduct further discovery that flows from these depositions nor the Defendants' supplemental discovery responses," and in "other words, Plaintiff's discovery over this period shall be limited to completing her choice of depositions over a three-day period." (Id.)

On October 24, 2023, the parties filed a stipulated motion to extend the nonexpert

discovery deadline in order to complete the specified depositions over the restricted three-day period. (ECF No. 45.) The parties have not provided extensive detail of the communications, however, proffer they "have engaged in extensive meet and confer communications regarding the scheduling of depositions Plaintiff needs to complete since August 18, 2023." (ECF No. 45 at 2.) The parties proffer that Plaintiff's counsel is expected to be in trial starting October 30, 2023, through at least November 10, 2023. (Id. at 3.) Counsel have confirmed the availability of counsel and the witnesses for November 13, 14, and 15, and have moved the Court to extend the deadline to November 27, 2023, only for the purpose of completing the fact depositions, and agree no other discovery will occur.

Despite the lapse of time since the Court's order granting the *ex parte* motion, given the proffered communications regarding the difficulty of setting the required depositions over the three-day period, and the agreement of the parties for the limited extension for such purpose, the Court finds good cause to grant the request.

Accordingly, IT IS HEREBY ORDERED that:

1. The stipulated motion (ECF No. 45) is GRANTED;
2. The nonexpert discovery deadline is extended until November 27, 2023, in order for Plaintiff to complete over a maximum period of 3 days, the depositions of (a) the 30(b)(6) witness; (b) Justin Lamb; (c) Berenice Vega; (d) Joshua Clack; (e) Josh Hammonds; (f) Mary Moxley; and (g) Kellee Cotton-Higgenbotham; and
3. All other aspects of the scheduling order continue to remain in effect.

IT IS SO ORDERED.

Dated: **October 25, 2023**

UNITED STATES MAGISTRATE JUDGE